1  CONNIE L. MICHAELS, Bar No. 128065
   cmichaels@littler.com
2  Littler Mendelson, P.C.
   2049 Century Park East
3  5th Floor
   Los Angeles, CA 90067.3107
4  Telephone: 310.553.0308
   Facsimile: 310.553.5583
5  Attorneys for Defendants
   PRAXAIR, INC. and
6  PRAXAIR DISTRIBUTION, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12

13  MARK EULBERG,                      Case No.: 12-CV-5229 PA (JEMx)

14         Plaintiff(s),               [~~PROPOSED~~] ORDER
                                       DISMISSING ACTION WITH
                                       PREJUDICE
15         v.

16  PRAXAIR, INC., a Delaware          Complaint filed:   May 3, 2012
    corporation; PRAXAIR
17  DISTRIBUTION, INC., a Delaware
    corporation; and DOES 1 through 25,
18
           Defendant(s).
19

20

21

22

23

24

25

26

27

28

JS-6

1        Good cause appearing therefore, IT IS HEREBY ORDERED that the above-

2    captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules

3    of Civil Procedure, Rule 41(a)(1).  Each party shall bear its own costs and attorneys'

4    fees.

5    Dated: November 13, 2012

6

7    UNITED STATES DISTRICT

8    COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28